IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01728-BNB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0   2007

GREGORY C. LANGHAM
CLERK

BRIAN KEITH JONES,

     Plaintiff,

v.

EL PASO COUNTY POLICE DEPARTMENT,
PEOPLE OF THE STATE OF COLORADO,
EL PASO COUNTY DISTRICT COURT FOURTH JUDICIAL DISTRICT,
EL PASO COUNTY PUBLIC DEFENDERS,
ATTORNEY CYNTHIA McKEDY,
ATTORNEY DAVID LINDEMAN,
DENVER RECEPTION AND DIAGNOSTIC CENTER, and
EL PASO COUNTY CRIMINAL JUSTICE CENTER,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

At the time Plaintiff, Brian Keith Jones, initiated the instant action he was in the custody of the Colorado Department of Corrections and was incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado.  On October 31, 2007, Plaintiff submitted an Amended Complaint.  In the Amended Complaint, he indicated that he now resides in Colorado Springs, Colorado.

Mr. Jones' continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v.*

*Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996).  Therefore, Mr.

Jones will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915.  Alternatively, Plaintiff may elect to pay the $350.00 filing

fee in full to pursue his claims in this action.  Accordingly, it is

ORDERED that Mr. Jones submit **within thirty days from the date of this**

**Order** an original and a copy of an Amended Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915.  Alternatively, Plaintiff may elect to pay the $350.00 filing

fee in full to pursue his claims in this action.  It is

FURTHER ORDERED that the Amended Motion shall be titled, "Amended

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be

filed with the Clerk of the Court for the United States District Court for the District of

Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105,

Denver, Colorado 80294-3589.  It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Jones, at his new

address, together with a copy of this Order, two copies of the following form:  Motion

and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, for use by

**nonprisoners** in submitting an amended motion and affidavit.  It is

FURTHER ORDERED that if Plaintiff fails to comply with the instant Order within

thirty days the Complaint and action will be dismissed without further notice.  It is

FURTHER ORDERED that the Clerk of the Court shall note the Docket with Mr.

Jones' new address as provided on Page Two of the Amended Complaint filed with the

Court on October 31, 2007.

DATED November 5, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No. 07-cv-01728-BNB

Brian Keith Jones
Reg. No. 129556
CTCF
PO Box 1010
Canon City, CO 81215


    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on___11/06/07

GREGORY C. LANGHAM, CLERK


By:_____
                Deputy Clerk